

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-13-00277-CV

Trial Court Cause
Number:      2012-51725

Style:      Carolyn Calkins James, Individually and as next friend of her elderly mother, Mary Olive Calkins

**v**    Honorable Olen Underwood, Honorable Patrick Sebesta and Fidelity and Deposit Company of Maryland, Richard Stephen Calkins as agent in fact for Mary Olive Calkins and Michael Easton, Individually and as assignee of Richard Stephen Calkins

Date motion filed[*]:      December 19, 2013

Type of motion:      Motion for Extension of Time to File Reply Brief

Party filing motion:      Carolyn James, individually and as next friend of her elderly mother, Mary Olive Calkins

Document to be filed:      Appellant's Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      December 20, 2013

     Number of previous extensions granted:      one

     Date Requested:      January 16, 2014

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due: <u>January 3, 2014</u>

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☒ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: <u>/s/ Harvey Brown</u>
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: <u>December 23, 2013</u>



**ORDER ON MOTION**